UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-cr-00074 |
| v. | ) | Judge Bryant |
| | ) | |
| ADRIKIAS CORTEZ BAUGH | ) | |

## JOINT MOTION TO RECONSIDER DETENTION

On May 13, 2013, this Court ordered the defendant detained pending trial in the above styled case. Since that time, the government has obtained new information which will likely cause it to ask the District Judge to dismiss the case without prejudice. Given this development, the Government believes continued detention in this matter would be unjust, and asks this Court to set a hearing at 10:30 am on May 16, 2013 to consider releasing the defendant on an OR bond pending final action by the District Judge. The defendant's attorney, Caryll Alpert, has been consulted and joins in this motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: *s/ William L. Deneke*
William L. Deneke
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151